# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Ronnie R Ceasar

v.                                                Case Number: 4:20−cv−00436

Telecheck Services, et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Telecheck Services as set forth below.**

**Before the Honorable Frances H Stacy**

**PLACE:**

United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/25/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: May 26, 2020                                                       David J. Bradley, Clerk