United States District Court
Southern District of Texas
**ENTERED**
August 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONNIE R CEASAR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-436 |
| § | |
| TELECHECK SERVICES, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

Plaintiff, Ronnie R. Ceasar, filed his complaint (Doc. No. 1) in this action on January 27, 2020. A Clerks Notice (Doc. No. 4) was sent to Plaintiff on February 7, 2020 informing him that the filing fee had not been paid and was due. The filing fees remain unpaid. Additionally, there is no showing or indication in the record that Plaintiff has properly served or attempted to serve the summons and complaint upon Defendants as required by Rule 4, Fed.R.Civ.P. Under Rule 4(m), a plaintiff is entitled to notice before the Court *sua sponte* dismisses an action for failure to timely serve a defendant. Accordingly, the Court entered an Order (Doc. No. 6) giving the Plaintiff thirty days within which to show cause why his case should not be dismissed for failure to prosecute. That time has now passed. It is therefore

**ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.

SIGNED at Houston, Texas, this ___11th___ day of August 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE